No. 79–1196.  Timmons v. Commissioner of Internal Revenue.  C. A. 4th Cir.  Certiorari denied.

No. 79–1198.  Spannaus, Attorney General of Minnesota v. Goldschmidt, Secretary of Transportation, et al.  C. A. 10th Cir.  Certiorari denied.

No. 79–1212.  Weinkle v. United States.  C. A. 6th Cir.  Certiorari denied.

No. 79–1231.  Ely v. United Parcel Service, Inc., et al.  C. A. 6th Cir.  Certiorari denied.

No. 79–1249.  Backus v. California et al.  C. A. 9th Cir.  Certiorari denied.

No. 79–1255.  Earp v. Washington.  Ct. App. Wash.  Certiorari denied.

No. 79–1261.  J. C. Athans Engineering & Construction Co., Inc. v. Powell et al.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 79–1264.  Haas, Executrix v. Manufacturers Hanover Trust Co., Trustee.  C. A. 2d Cir.  Certiorari denied.

No. 79–1265.  Caterina v. Pennsylvania.  Pa. Commw. Ct.  Certiorari denied.

No. 79–1271.  Polley v. Kirkland et al.  C. A. 5th Cir.  Certiorari denied.

No. 79–1272.  Perrin, Warden, et al. v. Henry et al.  C. A. 1st Cir.  Certiorari denied.